JUL. 13. 2009 3:37PM                                           NO. 6078   P. 2

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

FILED IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 29 2009
LONG ISLAND OFFICE

EDNY(CJM)
08-cv-4557

LAW PRACTICE MANAGEMENT CONSULTANTS, LLC., WKNB
PRODUCTIONS, LLC., DANIEL P. BUTTAFUOCO and ASSOCIATES,
PLLC, DANIEL P. BUTTAFUOCO, LLC and DANIEL P. BUTTAFUOCO,

Plaintiffs-Appellants,

Docket No.
09-1297-cv

-against-

M&A COUNSELORS & FIDUCIARIES LLC and C. WILLIAM
HOILMAN,

Defendants-Appellees.

FILED JUL 28 2009 Catherine O'Hagan Wolfe, Clerk UNITED STATES COURT OF APPEALS SECOND CIRCUIT

**STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION,
WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE**

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees and without prejudice, subject to reactivation of the appeal by appellant's counsel by written notice to the Clerk of the this Court by August 20, 2009.

If not thus timely reactivated, the appeal shall be subject to dismissal

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under F.R.A.P 42(b).

The undersigned further stipulate that a signature on this document by facsimile shall be sufficient as an original.

DATED: WOODBURY, NEW YORK
July 13, 2009

BUTTAFUOCO & ASSOC.
BY: ELLEN BUCHHOLZ, ESQ.

Attorneys for Plaintiffs-appellants
144 Woodbury Road, Woodbury, New York
(516) 746-8100

WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
By: A. Ernest Tonorezos, Esq.
Attorneys for Defendants-Appellees
150 East 42nd St., New York, N.Y.
(212) 490-3000

So ordered:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Vidya Kurella, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by_____ DEPUTY CLERK

TOTAL P.02

JUL 2 8 2009

CERTIFIED: