UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------X

LAW PRACTICE MANAGEMENT CONSULTANTS, LLC., WKNB
PRODUCTIONS, LLC., DANIEL P. BUTTAFUOCO and ASSOCIATES,
PLLC, DANIEL P. BUTTAFUOCO, LLC and DANIEL P. BUTTAFUOCO,

                            Plaintiffs-Appellants,

Docket No.
09-1297-cv

-against-

M&A COUNSELORS & FIDUCIARIES LLC and C. WILLIAM
HOILMAN,

                            Defendants-Appellees,
-----------------------------------X

FILED IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
SEP 11 2009
LONG ISLAND OFFICE

UNITED STATES COURT OF APPEALS FILED JUL 28 2009 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees and without prejudice, subject to reactivation of the appeal by appellant's counsel by written notice to the Clerk of the this Court by August 20, 2009.

If not thus timely reactivated, the appeal shall be subject to dismissal

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under F.R.A.P 42(b).

The undersigned further stipulate that a signature on this document by facsimile shall be sufficient as an original.

DATED: WOODBURY, NEW YORK
        July 13, 2009

BUTTAFUOCO & ASSOC.
BY: ELLEN BUCHHOLZ, ESQ.

Attorneys for Plaintiffs-appellants
144 Woodbury Road, Woodbury, New York
(516) 746-8100

WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
By: A. Ernest Tonorezos, Esq.
Attorneys for Defendants-Appellees
150 East 42nd St., New York, N.Y.
(212) 490-3000

So ordered:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Vidya Kurella, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
                DEPUTY CLERK

CERTIFIED: SEP - 4 2009

40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Case 2:08-cv-04557-ADS-WDW   Document 12   Filed 09/11/09   Page 2 of 2 PageID #: 372

Dennis Jacobs  
CHIEF JUDGE

Catherine O'Hagan Wolfe  
CLERK OF COURT

Date:       9/4/09                                           DC Docket Number: 08-cv-4557  
Docket Number: 09-1297-cv                                    DC:     EDNY (CENTRAL ISLIP)  
Short Title: Law Practice Management Consultants,            DC Judge: Honorable Arthur Spatt  
             LLC v. M&A Counselors & Fiduciaries,  
             LLC

# ACKNOWLEDGMENT RECEIPT

To:    Appeals Clerk

Kindly endorse the acknowledgment receipt in the line below and return to the Court of Appeals for the Second Circuit.

**MANDATE ACKNOWLEDGMENT** = Transfer of Jurisdiction  
The mandate consists of the items indicated below:
- ☐ Clerk Order dated <mm/dd/yy>
- ☐ Court Order dated <mm/dd/yy>
- ☐ Default Order <mm/dd/yy>
- ✗ So-Ordered Stipulation 7/28/2009
- ☐ Summary Order dated <mm/dd/yy>
- ☐ Opinion and Judgment dated <mm/dd/yy>
- ☐ Statement of Costs dated <mm/dd/yy>

**CERTIFIED ACKNOWLEDGMENT** = For Informational Purposes
- ☐ Clerk Order dated <mm/dd/yy>
- ☐ Court Order dated <mm/dd/yy>
- ☐ So-Ordered Stipulation <mm/dd/yy>

Received by: _____  
             (Origination Court or Agency)  
Date:        _____